Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00340-CV

____________

 

JULIO FAT CANO, Appellant

 

V.

 

WIESNER DODGE, INC. B TOMBALL and 

DAIMLER CHRYSLER MOTORS CORPORATION, Appellees

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 789620

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 6, 2006.  On July 17, 2006, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Guzman.